# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO: 5:05CV5

| | |
|---|---|
| MICHELLE JOHNSON, individually, and as Administrator of the ESTATE OF TERESA INGRAHAM, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER**<br>) |
| PROTECTIVE LIFE INSURANCE CO., | )<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** with respect to the trial date in the above-titled action. In order for the undersigned to have sufficient time to consider the pending motion for summary judgment, the trial date must be continued.

**IT IS, THEREFORE, ORDERED** that the trial in this matter, currently set for September 4, 2006, is continued. A new trial date, if needed, will be set after the pending motion has been decided.

Signed: August 10, 2006

David C. Keesler
United States Magistrate Judge