IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:05 CV 00005

| | |
|---|---|
| MICHELLE JOHNSON, individually, and as Administrator of the ESTATE OF TERESA INGRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> PROTECTIVE LIFE INSURANCE COMPANY, <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **January 30, 2007** prepared to argue the pending "Defendant's Motion for Summary Judgment"(Document No. 19), filed June 30, 2006. The parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **January 30, 2007** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: December 14, 2006

David C. Keesler
United States Magistrate Judge